|  |  |
|---|---|
| | Form 704-8A |
| UNITED STATES BANKRUPTCY COURT | Rev. 1/05 |
| WESTERN DISTRICT OF VIRGINIA | |
| LYNCHBURG DIVISION | |

In re:                                                      )
                                                            )
HALL'S QUALITY MASONRY, INC., DB        )        Case No. 07-62277
                                                            )
            Debtor                                      )        Chapter      7
_____ )

## TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days.  A notice of abandonment was sent to all creditors listed on the debtor's bankruptcy matrix on December 22, 2009.  No objections have been received  The bank on which the check was drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The funds received in the bankruptcy case were to be returned to the debtor because they were insufficient to administer as each claimant would receive 0.46% of the amount requested.  The funds are due Hall's Quality Masonry, Inc. at 3475 Waterlick Road, Forrest, VA 24551.  Attempts to contact Hall's Quality Masonry, Inc. or an officer of the same have been unsuccessful.

Date:  April 25, 2010                                              s/s Roy V. Creasy
                                                                              Roy V. Creasy, Trustee
                                                                              213 S. Jefferson St., Suite 915
                                                                              Roanoke, VA 24011

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.